[No. 36180-9-II.   Division Two.   February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS TAWAR RIVERA, *Appellant*.

The unpublished opinion in this case was *withdrawn* by order of the Court of Appeals dated April 15, 2008. Substitute opinion filed. See 144 Wn. App. 1002.

[No. 36463-8-II.   Division Two.   February 20, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. R.P., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-8-00261-7, Daniel J. Berschauer, J. Pro Tem., entered May 24, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 25521-2-III.   Division Three.   February 21, 2008.]

VLADIMIR NIKOLAYEV ET AL., *Appellants*, v. MORGAN OYLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-01901-4, Jerome J. Leveque, J., entered July 28, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.

[No. 25960-9-III.   Division Three.   February 21, 2008.]

WILLIAM DAVIES, *Individually and as Personal Representative, Appellant*, v. HOLY FAMILY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00629-6, Jerome J. Leveque, J., entered February 13, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J. Now published at 144 Wn. App. 483.